■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT BROWN, Appellant. [749 NYS2d 197] —Appeal from a judgment of Niagara County Court (Broderick, Sr., J.), entered September 6, 2001, convicting defendant upon his plea of guilty of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Hayes, Kehoe, Burns and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CRAWFORD, Appellant. (Appeal No. 1.) [749 NYS2d 197] —Appeal from a judgment of Erie County Court (Pietruszka, J.), entered June 21, 1999, convicting defendant upon his plea of guilty of, inter alia, attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Cormack*, 269 AD2d 815). Present—Pigott, Jr., P.J., Hayes, Kehoe, Burns and Lawton, JJ.